O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ, JR.,<br><br>Petitioner,<br><br>v.<br><br>CRAIG KOENIG, Warden,<br><br>Respondent. | Case No. 2:21-cv-05070-SSS-KES<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition [Dkt. 1], the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge [Dkt. 32]. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered denying the Petition on the merits.

Date: October 19, 2022

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE