JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RODRIGUEZ, JR., <br><br> Petitioner, <br><br> v. <br><br> CRAIG KOENIG, <br><br> Respondent. | Case No. 2:21-cv-05070-SSS-KES <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied with prejudice.

Date: October 19, 2022

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE